HARRY MICHLER, RESPONDENT, v. NEW AMSTERDAM CASUALTY COMPANY, INCORPORATED, APPELLANT.

Submitted February 17, 1928—Decided May 14, 1928.

For the respondent, *William Simon.*

For the appellant, *Harley, Cox & Walburg.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Kalisch in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, TREN-CHARD, PARKER, MINTURN, BLACK, CAMPBELL, WHITE, VAN BUSKIRK, MCGLENNON, KAYS, HETFIELD, DEAR, JJ. 13.

*For reversal*—None.